

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00019-CV

CHERIE ALLEN                                                          APPELLANT

V.

CITY OF FORT WORTH AND                                               APPELLEES
TARRANT COUNTY DISTRICT
CLERK'S OFFICE

----------

### FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 236-282171-15

----------

## MEMORANDUM OPINION[1]

----------

Appellant Cherie Allen attempts to appeal from the trial court's December 22, 2015 "Order Denying Motion to Recuse." On January 19, 2016, we informed appellant of our concern that we lacked jurisdiction over the appeal because the trial court's order did not appear to be a final judgment or an appealable

---

[1]*See* Tex. R. App. P. 47.4.

interlocutory order.  *See* Tex. R. App. P. 42.3(a); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).  We informed appellant that her appeal was subject to dismissal for want of jurisdiction unless she or any party desiring to continue the appeal filed with the court, on or before January 29, 2016, a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3(a), 44.3.  No response has been filed.  Therefore, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED:  March 3, 2016

2